**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
(973) 227-2840
Chapter 13 Standing Trustee**

**IN RE:**

    **RAHSHEEDA HOLLAWAY**              **Case No.:  05-31959 RG**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

       Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,438.88, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | US Bank National Association |
| | 12650 Ingenuity Drive |
| | c/o Ocwen Loan Servicing, LLC |
| | Orlando, FL 32826 |
| Amount: | $1,438.88 |
| Trustee Claim Number: | 0002 |
| Reason: | Checks have been returned as undeliverable |

September 28, 2010               /s/Marie-Ann Greenberg
                                    MARIE-ANN GREENBERG
                                    CHAPTER 13 STANDING TRUSTEE